

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2013

No. 04-12-00032-CV

Jim **RYMES**, Carol Rymes, Doug Vaughn, Betty Vaughn,
Joe Cramer, Patsy Cramer, and Frank Schultz,
Appellants

v.

**CARIBBEAN COWBOY, LLC** d/b/a Caribbean Cowboy RV Resort,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CV-10-082
Honorable Stephen B. Ables, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this court's opinion and order dated February 27, 2013 are WITHDRAWN. Appellants' motion for rehearing is DENIED.

It is so **ORDERED** on April 18, 2013.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2013.

Keith E. Hottle, Clerk